RECEIVED
OCT 0 6 1999
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
REC'D
OCT 0 6 1999
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
NOV 0 1 1999
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| DEBORAH MORRIS | : | NUMBER: 99-0652 S |
| VERSUS | : | JUDGE WALTER |
| CITY OF BOSSIER CITY, ET AL | : | MAGISTRATE PAYNE |
| | : | JURY TRIAL DEMAND |

**PLAINTIFF'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes **DEBORAH MORRIS**, a major domiciliary of Bossier Parish, Louisiana, who respectfully amends and supplements her Complaint as follows:

1a.

Made additional defendant herein is:

**OFFICER GREG HART**, a major domiciliary of the Parish of Bossier who may be served at his place of employment, Bossier City Police Department, 620 Benton Road, Bossier City, Louisiana

4a.

Defendant, **R.W. BROWN** was assisted in this illegal arrest by Bossier City Police Officer **GREG HART**.

7a.

**OFFICER GREG HART** assisted in placing plaintiff under arrest for shoplifting without probable cause that she had taken any merchandise.

9a.

**OFFICER GREG HART** was further aware that petitioner had not shoplifted any merchandise.

10a.

**DILLARD'S DEPARTMENT STORE employees and OFFICER GREG HART** singled out petitioner and her companion as potential shoplifters for the sole reason that they were African-American females. Petitioner was arrested for shoplifting for the sole reason that she is an African-American individual and the events complained of herein were blatant acts of racial discrimination. The acts of the several defendants were in violation of the Fourteenth Amendment to the United States Constitution and applicable federal statutes enforcing the equal protection guarantees thereof including, but not limited to 42 U.S.C. § 1981.

11a.

At all relevant times **OFFICER GREG HART** was acting as an employee of defendant, **DILLARD DEPARTMENT STORES, INC.** and was working within the course and scope of his duties as a security

guard with defendant.

12a.

At all relevant times **OFFICER GREG HART** was in full Bossier City Police Department uniform, and was acting within the course and scope of his duties as a Bossier City Police officer (i.e. criminal investigation, search and seizure). Petitioner was under the belief that Officer Hart was on duty as a police officer at the time of the events giving rise to this lawsuit.

13a.

**OFFICER GREG HART** affected the search and\or seizure of petitioner without sufficient information and evidence to constitute probable cause, which search and seizure was in violation of the Fourth Amendment to the United States Constitution, and which Constitutional violation would have been apparent to a reasonable person or law enforcement officer.

16a.

Defendant, **OFFICER R.W. BROWN, OFFICER GREG HART,** the **CITY OF BOSSIER CITY** (Bossier City Police Department) and **DILLARD DEPARTMENT STORES, INC.** are liable unto petitioners for damages and attorneys' fees under 42 U.S.C. § 1981, 1983, 1988, and under the Louisiana anti-discrimination laws, and for the false imprisonment,

intentional infliction of emotional distress, invasion of privacy, and other tortious acts.

19.

Plaintiff requests that this matter be tried before a jury.

**WHEREFORE, PETITIONERS PRAY** that plaintiff be permitted to file this Supplemental and Amending Complaint and defendants be served and cited to appear and answer the same; that she be awarded a trial by jury; and after all judicial proceedings are completed, for all reasonable damages from date of judicial demand, all costs of these proceedings, penalties, interest, attorney's fees and all general and equitable relief which she is entitled.

RESPECTFULLY SUBMITTED:

_____
GREGORY L. KELLEY
Attorney at Law
La. Bar Roll No. 24,483
601 Benton Road, Ste. 4
Bossier City, Louisiana  71111
Telephone: (318) 747-1404
Facsimile: (318) 747-1405

C E R T I F I C A T E

THIS HEREBY CERTIFIES that a copy of the above and foregoing has this date been served upon all counsel of record, by depositing same in the U. S. Mail, properly addressed, with adequate postage thereon on this _6TH_ day of _October_, 19_99_.

_____
OF COUNSEL